## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DELTA AIR LINES INC., *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 13-cv-192 (RC) |
| | : | | |
| v. | : | Re Document No.: | 41 |
| | : | | |
| EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Statement Regarding the Briefing Schedule (ECF No. 41), it is hereby **ORDERED** that the following schedule shall govern proceedings in this case:

1. plaintiffs' motion for summary judgment must be filed by **April 9, 2014**;

2. defendants' opposition and cross-motion for summary judgment must be filed by **May 9, 2014**;

3. plaintiffs' reply in support of their motion for summary judgment and opposition to defendants' cross-motion must be filed by **June 9, 2014**; and

4. defendants' reply in support of their cross-motion for summary judgment must be filed by **June 24, 2014**.

**SO ORDERED**.

Dated: February 12, 2014                                                                  RUDOLPH CONTRERAS
                                                                                                              United States District Judge